

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00359-CR

Laura Flores **MESSICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Appellant's brief was originally due September 25, 2019. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to October 25, 2019. On October 25, 2019, appellant filed a motion requesting an additional extension of time to file the brief until November 25, 2019, for a total extension of sixty days. On December 3, 2019, appellant filed a third motion for extension of time requesting an extension until January 15, 2020, for a total extension of 112 days.

After consideration, we **GRANT** the motion. Appellant's brief is due **by or before January 15, 2020**. **Counsel is advised that no further extensions of time will be granted absent extraordinary circumstances.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court